■ RAY O. EVANGELISTA, Respondent, v. JOHN LONGO et al., Appellants.— Motion by appellants to extend their time to answer the complaint, pending determination of their appeal from order denying their motion to dismiss the complaint. Motion granted; appellants' time to serve their answer extended until 10 days after entry of order determining the appeal, upon condition that the appeal be perfected and that appellants be ready to argue or submit it on February 10, 1961. The appeal is ordered on the calendar for said date; the record and appellants' brief to be filed and served on or before January 27, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of the Arbitration between JOHN P. GALLAGHER, Respondent, and GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant.— Motion by appellant for a stay of all further proceedings, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 19, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of RITA GOLDEN, Respondent, v. RICHARD FASTENAU, Appellant.— Motion by respondent to stay appellant from proceeding further with his appeal from two orders of the Children's Court of Nassau County, dated April 6, 1960. Motion denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ JOSEPH NARDELLI, Respondent, v. MARTIN J. STAM, Appellant.— Motion by appellant for a stay of his examination before trial, pending appeal granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. On the court's own motion, respondent's examination before trial is also stayed, pending appeal. The record and appellant's brief must be served and filed on or before February 8, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE GRANDIS, FRANK DE FORTE and ERNEST ZUNDEL, Appellants. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT RUBERTO, Appellant.— Motion by appellant[s] to further enlarge his time to perfect appeal[s], granted; time enlarged to the March Term, beginning February 27, 1961; appeal[s] ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ RCA COMMUNICATIONS, INC., Appellant, v. PATCHOGUE BROADCASTING COMPANY, INC., et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 18, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ GRANT A. ROE, Appellant, v. FRANKLIN A. SCHRIVER, Respondent.— Motion by appellant to extend time to file his brief, granted; time extended to the March Term, commencing February 27, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.